

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2022

No. 04-22-00239-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC.** and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable Monique Diaz, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. We also DENY AS MOOT the appellees' motion to consolidate appeals. Costs of the appeal are taxed against the appellants.

It is so **ORDERED** on June 29, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2022.

_____
Michael A. Cruz, Clerk of Court